IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


CANAAN WILDLIFE PRESERVE, INC.,
an Arkansas corporation, *et al*.                                PLAINTIFFS


VS.                             CASE NO. 2:13-CV-2064


CHESAPEAKE ENERGY CORPORATION, *et*
*al*.                                                            DEFENDANTS


## AMENDED ORDER

Before the Court is an Unopposed Motion for Extension of Time to Respond filed on behalf of Separate Defendants Chesapeake Energy Corporation; Chesapeake Operating, Inc.; Chesapeake Energy Marketing, Inc.,; Chesapeake Midstream Operating, LLC; Arkansas Midstream Gas Services Corp.; and Chesapeake Midstream Gas Services, LLC . (ECF No. 25). Separate Defendants move the Court to extend the deadline to respond to Plaintiffs' Class Action Complaint (ECF No. 1) to April 22, 2013. Separate Defendants request this extension on behalf of all Defendants in this action.

Upon consideration, the Court is satisfied that good cause for the motion has been shown. Accordingly, the Court finds that Defendants' motion should be and hereby is **GRANTED**. All Defendants must file their responsive pleadings on or before April 22, 2013.

**IT IS SO ORDERED**, this 1st day of April, 2013.


   /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge