IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH   DIVISION

CANAAN WILDLIFE PRESERVES, INC., et al                         PLAINTIFFS

V.                           Civil No. 13-2064

CHESAPEAKE ENERGY CORPORATION, et al                          DEFENDANTS

CLERK'S ORDER OF DISMISSAL

Now on this 9th day of December,  2014,  comes the parties Notice of Voluntary Dismissal as to separate Defendants, BP American Production Company and BP Energy Company only,  pursuant to Rule 41,  Federal Rules of Civil Procedure. This dismissal is filed WITHOUT PREJUDICE.

Dated: December 9th,  2014             AT THE DIRECTION OF THE COURT

                                       CHRISTOPHER R. JOHNSON, CLERK

                                       BY :   /s/ Sallie Hicks, Deputy Clerk