IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CANAAN WILDLIFE PRESERVE, INC., et al.                PLAINTIFFS

v.                    No. 2:13-CV-2064 TLB

CHESAPEAKE ENERGY CORPORATION, et al.           DEFENDANTS

NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, for their Notice of Voluntary Dismissal, pursuant to Rule 41 of the Federal Rules of Civil Procedure, state as follows:

1. Plaintiffs move to voluntarily dismiss their claims against all Defendants.

2. This dismissal is filed without prejudice.

3. All parties who have appeared have stipulated to this Voluntary Dismissal by their execution of this Notice of Voluntary Dismissal.

WHEREFORE, Plaintiffs for an Order of this Court dismissing all Defendants, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED: June 2, 2015.

                                                Respectfully Submitted:

                                                /s/ Thomas P. Thrash
                                                Thomas P. Thrash (ABA No. 80147)
                                                Marcus N. Bozeman (ABA No. 95287)
                                                THRASH LAW FIRM, P.A.
                                                1101 Garland Street
                                                Little Rock, AR 72201
                                                Phone: (501) 374-1058
                                                Fax: (501) 374-2222

Larry D. Moffett
DANIEL COKER HORTON & BELL,
265 N. Lamar Blvd., Suite R
P.O. Box 1396
Oxford, MS 38655-1396
Phone:  (662) 232-8979
Fax:  (662) 232-8940

Don Barrett
BARRETT LAW GROUP, P.A.
404 Court Square
P.O. Drawer 927
Lexington, MS 39095-0927
Phone:  (662) 834-2488
Fax: (662) 834-2628

David Stellings
Daniel Seltz
LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Phone:  (212) 355-9500
Fax:  (213) 355-9592

Steve Shults
Debra Brown
SHULTS & BROWN, LLP
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201-3637
Phone:  (501) 375-2301
Fax:  (501) 375-6861

*Attorneys for Plaintiffs*

/s/ John Baker
John Baker
Lyn P. Pruitt
Adria W. Conklin
MITCHELL, WILLIAMS, SELIG,  GATES &
WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

*Attorneys for Chesapeake Defendants*

## **CERTIFICATE OF SERVICE**

  I certify that the foregoing *Notice of Dismissal* was served on June 2, 2015, by electronic mail and via the CM/ECF electronic case filing system, to the following:

John Baker
Lyn P. Pruitt
Adria W. Conklin
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201

                /s/ Thomas P. Thrash
                Thomas P. Thrash