IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**CANAAN WILDLIFE PRESERVE, INC., et al.**                                          **PLAINTIFF**

**V.**                               **CASE NO. 2:13-CV-02064**

**CHESAPEAKE ENERGY CORPORATION, et al.**                              **DEFENDANT**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Currently before the Court is Plaintiffs' unopposed Notice of Voluntary Dismissal (Doc. 146).

Having reviewed the Notice, the Court finds that the case should be, and hereby is, **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41. All pending motions are **TERMINATED**, and the case is closed.

**IT IS SO ORDERED** this 2nd day of June, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE